STATE of Missouri, Respondent,

v.

Randy V. PEREZ, Appellant.

No. WD 35337.

Missouri Court of Appeals,
Western District.

April 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.

Application to Transfer Denied Aug. 7, 1985.

Dan K. Purdy, Osceola, for appellant.

John Ashcroft, Atty. Gen., Thomas Carter, II, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and DIXON, JJ.

ORDER

PER CURIAM:

The defendant Perez appeals from conviction by a jury of assault in the first degree [§ 565.050, RSMo 1978] and the sentence imposed of ten years imprisonment.

The judgment is affirmed. Rule 30.25(b).

Kenneth S. PETERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35950.

Missouri Court of Appeals,
Western District.

April 23, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.

Application to Transfer Denied Aug. 7, 1985.

James F. Adler, James T. Pietz, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate convictions of first-degree robbery, § 560.-120, R.S.Mo. (1969), and fifty year sentence, and assault with intent to kill with malice, § 559.180, R.S.Mo. (1969), and sentence to life imprisonment.

Judgment affirmed. Rule 84.16(b).